Case Number: 09-50661
Debtor Name: HOLIBAUGH, DAVID C
Date: July 30, 2010
PROPOSED DISTRIBUTION

FILED 2010 AUG -3 PM 12:16 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $11,334.44 |
| | Marc P. Gertz Trustee, 11 S. Forge St., Akron OH 44304 | Administrative | 100 | $2,415.68 | $0.00 | $2,415.68 | $2,415.68 | $8,918.76 |
| | Marc P. Gertz Trustee, 11 S. Forge St., Akron OH 44304 | Administrative | 100 | $161.16 | $0.00 | $161.16 | $161.16 | $8,757.60 |
| Subtotals For Class Administrative 100.00% | | | | $2,576.84 | $0.00 | $2,576.84 | $2,576.84 | |
| 1 | City of Cuyahoga Falls, 2310 Second Street, Cuyahoga Falls, OH 44221 | Unsecured | 300 | $1,532.56 | $0.00 | $1,532.56 | $49.82 | $8,707.78 |
| 2 | National City Bank, c/o Robert E. Folk, V.P., Loc # 14-1803, One Cascade Plaza - 3rd Floor, Akron, Ohio 44308 | Unsecured | 300 | $58,639.08 | $0.00 | $58,639.08 | $1,906.25 | $6,801.53 |
| 4 | B-Real, LLC, MS 550, PO Box 91121, Seattle, WA 98111-9221 | Unsecured | 300 | $262.00 | $0.00 | $262.00 | $8.52 | $6,793.01 |
| 5 | CHASE AUTO FINANCE, AZ1-1191, 201 N CENTRAL AVE, PHOENIX AZ 85004 | Unsecured | 300 | $9,537.29 | $0.00 | $9,537.29 | $310.04 | $6,482.97 |
| 6 | Jayden Corp. fka Farris Disposal, Inc., c/o Joseph E. Oliver, Esq., 230 White Pond Drive, Suite A, Akron, Ohio 44313 | Unsecured | 300 | $985.82 | $0.00 | $985.82 | $32.05 | $6,450.92 |
| 7 | Graef Windows, 365 McClurg Road, Ste A, Boardman, OH 44512 | Unsecured | 300 | $5,165.25 | $0.00 | $5,165.25 | $167.91 | $6,283.01 |
| 8 | First Merit Bank, III Cascade Plaza, 3rd Floor, Akron, OH 44308 | Unsecured | 300 | $5,468.88 | $0.00 | $5,468.88 | $177.78 | $6,105.23 |
| 9 | Summa Health System, Patient Accounting, PO Box 2090, Akron OH 44398-6153 | Unsecured | 300 | $1,442.58 | $0.00 | $1,442.58 | $46.90 | $6,058.33 |
| 10 | Summa Health System, Cuyahoga Falls Hostital, Patient Accounting, PO Box 2090, Akron Ohio 44398-6153 | Unsecured | 300 | $88.20 | $0.00 | $88.20 | $2.87 | $6,055.46 |
| 11 | ALLTEL COMMUNICATIONS, ONE ALLIED BR B4FL03-NG, LITTLE ROCK AR 72202 | Unsecured | 300 | $3,151.74 | $0.00 | $3,151.74 | $102.46 | $5,953.00 |
| 12 | American General Finance, P.O. Box 3251, Evansville, IN 47731-3251 | Unsecured | 300 | $14,895.59 | $0.00 | $14,895.59 | $484.23 | $5,468.77 |
| 13 | GenFed Federal Credit Union, 2492 Wedgewood Dr, Suite G, Akron, OH 44312 | Unsecured | 300 | $432.44 | $0.00 | $432.44 | $14.06 | $5,454.71 |
| 14 | Energy Wise Home Improvements, Inc., c/o Joseph C. Bishara, Esq., 100 Federal Plaza East, Suite 600, Youngstown, OH 44503 | Unsecured | 300 | $166,474.80 | $0.00 | $166,474.80 | $5,411.80 | $42.91 |

*Handwritten annotations: Ck #1018; receipt #81663*

Date printed 7/30/2010 10:21 AM