IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  CASE NO: 09-50661

DAVID G HOLIBAUGH  CHAPTER 7
LISA C. HOLIBAUGH
      Debtor(s)  HON. MARILYN SHEA-STONUM
BANKRUPTCY JUDGE

TRANSMITTAL OF UNCLAIMED FUNDS

Marc P. Gertz, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to who such unnegotiated checks were issued, the amount of such check and their last known addresses are:

    Claim #11    Alltel Communications    $102.46
                  One Allied BR B4FL03-NG
                  Little Rock, AR 72202

2. Your trustee's check for $102.46 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: November 11, 2010

                                Marc P. Gertz, #0003808
                                Chapter 7 Trustee
                                Goldman & Rosen, Ltd.
                                11 S. Forge St.
                                Akron, OH 44304
                                Phone: 330.376.8336
                                Fax: 330.376.2522
                                mpgertz@goldman-rosen.com

*[handwritten: ck # 1019]*
*[handwritten: receipt # 81922]*

*[stamp: FILED 2010 NOV 15 PM 3:37 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON]*